James I. GIBB, Petitioner,

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3274.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2004.

Steven J. Abelson, David M. Cohen, Franklin E. White, Jr., Department of Justice, Washington, DC, Janis E. Baldwin, Department of Treasury, Dallas, TX, for Respondent.

James E. Carroll, Rory Z. Fazendeiro, Cetrulo & Capone, Boston, MA, for Petitioner.

James I. Gibb, Plano, TX, pro se.

---

\* We note that James I. Gibb requests that this dismissal be with prejudice, however, it is not

## ORDER

Upon consideration of James I. Gibb's unopposed motion to dismiss his petition for review with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

the practice of this court to dismiss with or without prejudice.